# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUPUR SAHAI, Ph.D., an individual, | Case No. 5:24-cv-07791-NW |
| Plaintiff, | (Honorable Noël Wise, Crtrm. 3, 5th Floor, San Jose Courthouse) |
| v. | |
| LINCOLN FINANCIAL GROUP, INC., a California Corporation; THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation; LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, INC., an Indiana corporation; and DOES 1 through 50, inclusive, | [~~PROPOSED~~] ORDER SETTING BRIEFING AND HEARING SCHEDULE RE CROSS-MOTIONS FOR SUMMARY JUDGMENT |
| Defendants. | Complaint Filed: September 30, 2024 |

<b>[PROPOSED] ORDER</b>

Having read the proposed stipulation regarding the briefing schedule for the Parties' cross-motions for summary judgment, and good cause appearing, the Courts sets the briefing and hearing schedule for cross-summary judgment motions as follows:

<b>First Proposed Schedule:</b>

    (1) Plaintiff's opening brief:          04/03/26

    (2) Defendants' opening/opposition brief:    04/17/26

    (3) Plaintiff's opposition/reply brief:    05/01/26

    (4) Defendants' reply brief:        05/13/26

    (5) Hearing date:    _____

OR

<b>Second Proposed Schedule:</b>

    (1) Plaintiff's opening brief:          04/03/26

    (2) Defendants' opening/opposition brief:    04/16/26

    (3) Plaintiff's opposition/reply brief:    04/27/26

    (4) Defendants' reply brief:        05/06/26

    (5) Hearing date:    05/27/26

<b>PURSUANT TO STIPULATION, IT IS SO ORDERED,</b>

DATED: March 30, 2026

_____

HONORABLE NOËL WISE
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER SETTING MSJ BRIEFING AND HEARING SCHEDULE
Case No. 5:24-CV-07791-NW