ROBERT HESS (CA SBN 178042)
rhess@maynardnexsen.com
BYRNE J. DECKER (CA SBN 337052)
bdecker@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone: 310.596.4500

MICHAEL MULVANEY (AL SBN 7296M67M)
mmulvaney@maynardnexsen.com
CHARAN M. HIGBEE (CA SBN 148293)
chigbee@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, CA 94111
Telephone: 415.646.4681

Attorneys for Defendant
The Lincoln National Life Insurance Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NUPUR SAHAI, Ph.D., an individual,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:24-cv-07791-NC

(Honorable Nathanael M. Cousins, Crtrm. 5, 4th Floor, San Jose Courthouse)

**JOINT NOTICE OF FILING [PROPOSED] JUDGMENT**

Complaint Filed: September 30, 2024

Plaintiff Nupur Sahai, Ph.D. and Defendant The Lincoln National Life Insurance Company hereby submit the [Proposed] Judgment attached hereto as Exhibit A, following the jury's verdict rendered on October 1, 2026 (ECF 219) and the Court's Order Granting in Part and Denying in Part Lincoln's Motion for Judgment as a Matter of Law Under Fed. R. Civ. P. 50(a), filed September 29, 2026 (ECF 214).

The parties respectfully request that the Court enter the attached [Proposed] Judgment once the Court resolves the parties dispute concerning the monthly LTD benefit amount.

Dated: October 7, 2026

DATED: October 7, 2026

MAYNARD NEXSEN LLP

By: /s/ *Robert Hess*
ROBERT HESS
MICHAEL MULVANEY
Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

DATED: October 7, 2026

DAWSON & ROSENTHAL, P.C.

By: /s/ *Aaron Dawson*
AARON DAWSON
ALEXANDRA DAWSON
Attorneys for Plaintiff
NUPUR SAHAI, Ph.D.

[*Attestation follows on the next page*]

***Filer's Attestation:***

*Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that each of the other Signatories have concurred in the filing of this document.*

DATED: October 7, 2026

MAYNARD NEXSEN LLP

By: /s/ *Robert Hess*
ROBERT HESS

# EXHIBIT A

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUPUR SAHAI, Ph.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:24-cv-07791-NC<br><br>(Honorable Nathanael M. Cousins, Crtrm. 5, 4th Floor, San Jose Courthouse)<br><br>**[PROPOSED] JUDGMENT**<br><br>Trial Dates: Sept. 22 – Oct. 1, 2026<br>Complaint Filed: September 30, 2024 |

This action came on for trial before a jury, the Honorable Nathanael M. Cousins, United States Chief Magistrate Judge, presiding, beginning on September 22, 2026. The issues having been duly tried and the jury having rendered its verdict on October 1, 2026 (ECF 219), and the Court having ruled on Defendant's motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(a) (ECF 214),

IT IS ORDERED AND ADJUDGED as follows:

1. **Punitive Damages.** Pursuant to the Court's Order Granting in Part and Denying in Part Lincoln's Motion for Judgment as a Matter of Law Under Fed. R. Civ. P. 50(a), filed September 29, 2026 (ECF 214), judgment is entered in favor of Defendant The Lincoln National Life Insurance Company ("Lincoln") and against Plaintiff Nupur Sahai, Ph.D. ("Plaintiff") on Plaintiff's claim for punitive damages. Plaintiff shall take nothing on that claim.

2. **Breach of Contract.** Judgment is entered in favor of Plaintiff and against Lincoln on Plaintiff's claim for breach of contract. The jury found that Plaintiff, as of May 20, 2023, and thereafter, as a result of injury or sickness, was unable to perform with reasonable continuity the Substantial and Material Acts necessary to pursue her Own Occupation in the usual and customary way. The jury further found that Lincoln failed to pay Plaintiff long-term disability benefits owed under the contract, but also found that Plaintiff's Total Disability after May 20,

2023 was caused, at least in part, by a mental, psychoneurotic, or personality disorder. Applying the group policy's Mental Illness and Substance Abuse Limitation, the jury found that policy benefits are payable to Plaintiff for the period from May 21, 2023, through February 20, 2024. The amount of those benefits, without interest, is $______________. Plaintiff shall recover that amount from Lincoln on her breach of contract claim.

**3. Breach of the Implied Covenant of Good Faith and Fair Dealing.** Judgment is entered in favor of Plaintiff and against Lincoln on Plaintiff's claim for breach of the implied covenant of good faith and fair dealing. The jury found that Lincoln's failure to pay policy benefits owed under the terms of the policy beyond May 20, 2023 was not unreasonable, that is, was not without proper cause. The jury did find that Lincoln failed to conduct a full, fair, prompt, and thorough investigation of all of the bases of Plaintiff's claim. The jury further found that Plaintiff was harmed as a result of Lincoln's decision to discontinue her benefits in May 2023, and that Lincoln's failure to pay policy benefits beyond May 2023 and/or properly investigate the claim was a substantial factor in causing Plaintiff's harm. In accordance with the jury's verdict, Plaintiff shall recover from Lincoln the sum of $100,000.00 for mental suffering and/or emotional distress damages.

**4. Attorney's Fees.** Pursuant to the parties' Trial Stipulations and the Court's Order thereon (ECF 159, Stipulation No. 3), the issue of either party's entitlement to attorney's fees, if any, as well as the amount of any such fees, shall be submitted to and determined by the Court.

**5. Costs.** The issue of either party's entitlement to costs, if any, as well as the amount of any such costs, shall be submitted to and determined by the Court in accordance with Federal Rule of Civil Procedure 54(d) and Civil Local Rule 54Rules 54-1 through 54-4..

**IT IS SO ORDERED.**

Dated: ____________________, 2026

______________________________
NATHANAEL M. COUSINS
United States Chief Magistrate Judge