# EXHIBIT A

## CALCULATION OF PREJUDGMENT AND POST JUDGMENT INTEREST

**Assumptions.** Benefit period: May 21, 2023 through February 20, 2024 (Doc. 219, Part 1, Q7), nine monthly installments. Rate: 10% per year, simple interest (Civ. Code §§ 3287(a), 3289(b)). Each installment is treated as due on the last day of the month it covers, with interest starting the next day. Interest is computed through October 13, 2026 on a 365 day year: installment x 0.10 x days / 365. Per diem for all nine installments: benefits x 0.10 / 365.

**Table 1. Prejudgment interest by installment**

| Benefit month | Due date | Days | $4,914.09 | $4,541.40 | $3,685.57 |
|---|---|---|---|---|---|
| 5/21/23 to 6/20/23 | 6/20/23 | 1,210 | $1,629.05 | $1,505.51 | $1,221.79 |
| 6/21/23 to 7/20/23 | 7/20/23 | 1,180 | $1,588.66 | $1,468.18 | $1,191.50 |
| 7/21/23 to 8/20/23 | 8/20/23 | 1,149 | $1,546.93 | $1,429.61 | $1,160.20 |
| 8/21/23 to 9/20/23 | 9/20/23 | 1,118 | $1,505.19 | $1,391.04 | $1,128.90 |
| 9/21/23 to 10/20/23 | 10/20/23 | 1,088 | $1,464.80 | $1,353.71 | $1,098.60 |
| 10/21/23 to 11/20/23 | 11/20/23 | 1,057 | $1,423.07 | $1,315.14 | $1,067.30 |
| 11/21/23 to 12/20/23 | 12/20/23 | 1,027 | $1,382.68 | $1,277.81 | $1,037.01 |
| 12/21/23 to 1/20/24 | 1/20/24 | 996 | $1,340.94 | $1,239.24 | $1,005.71 |
| 1/21/24 to 2/20/24 | 2/20/24 | 965 | $1,299.20 | $1,200.67 | $974.40 |
| **Total** | | | **$13,180.52** | **$12,180.91** | **$9,885.41** |
| Benefits (9 months) | | | $44,226.81 | $40,872.60 | $33,170.13 |
| Per diem after 10/13/26 | | | $12.12 | $11.20 | $9.09 |

**Table 2. Post judgment base and per diem per 1 percentage point of the 28 U.S.C. § 1961 rate**

| Component | $4,914.09 | $4,541.40 | $3,685.57 |
|---|---|---|---|
| Benefits | $44,226.81 | $40,872.60 | $33,170.13 |
| Prejudgment interest to 10/13/26 | $13,180.52 | $12,180.91 | $9,885.41 |

| | | | |
|---|---|---|---|
| Emotional distress (Doc. 219, Part 2, Q6) | $100,000.00 | $100,000.00 | $100,000.00 |
| Judgment base (before update to date of entry) | $157,407.33 | $153,053.51 | $143,055.54 |
| Per diem for each 1% of rate | $4.31 | $4.19 | $3.92 |

**Formula.** Post judgment per diem = judgment base x (§ 1961 rate) / 365, from the date of entry, compounded annually. The judgment base will increase by the prejudgment per diem for each day between October 13, 2026 and entry. Example: at a rate of 4%, the per diem on the $157,407.33 base is $4.31 x 4 = $17.25.