Michael Hernandez (SBN 292679)
HHJ TRIAL ATTORNEYS
2175 Salk Avenue, Suite 180,
Carlsbad, CA 92008
mhernandez@hhjtrialattorneys.com

Aaron Dawson (SBN 283990)
Alexandra Dawson (SBN 307004)
DAWSON & ROSENTHAL, P.C.
421 W Broadway, Unit 380,
San Diego, CA 92101

Attorneys for Plaintiff Nupur Sahai, Ph.D.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUPUR SAHAI, Ph.D., an individual,<br>Plaintiff,<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>Defendant. | Case No. 5:24-cv-07791-NC<br>**[PROPOSED] JUDGMENT**<br>Judge: Hon. Nathanael M. Cousins<br>Courtroom 5, 4th Floor, San Jose |

This action came on for trial by jury beginning September 21, 2026, before the Honorable Nathanael M. Cousins, United States Magistrate Judge, with Plaintiff Nupur Sahai, Ph.D. appearing through her counsel and Defendant The Lincoln National Life Insurance Company appearing through its counsel. The issues having been tried and the jury having returned its verdict in favor of Plaintiff and against Defendant (Doc. 219), and the Court having considered the parties' briefing on the monthly benefit amount (Doc. 221) and on pre- and post-judgment interest, and having determined the matters reserved to it, the Court now enters judgment.

The jury found that Defendant owed long-term disability benefits for the period May 21, 2023 through February 20, 2024 (Doc. 219, Part 1, Q7), and awarded Plaintiff $100,000 in damages for mental suffering and emotional distress (Doc. 219, Part 2, Q6). Plaintiff's entitlement to and the amount of attorney's fees recoverable as damages under *Brandt v. Superior Court*, 37 Cal. 3d 813 (1985), together with costs, are reserved for determination by the Court on post-trial motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Nupur Sahai, Ph.D. and against Defendant The Lincoln National Life Insurance Company as follows:**

1. Policy benefits. Plaintiff shall recover unpaid long-term disability benefits for the nine monthly installments from May 21, 2023 through February 20, 2024, in the amount of $44,226.81, based on a monthly benefit of $4,914.09 as determined by the Court (Doc. 221).
2. Prejudgment interest. Plaintiff shall recover prejudgment interest on those benefits under California Civil Code §§ 3287(a) and 3289(b) at 10 percent per annum, in the amount of $13,180.52 computed through October 13, 2026, plus $12.12 per day from October 14, 2026 through the date this Judgment is entered.
3. Mental suffering and emotional distress. Plaintiff shall recover damages for mental suffering and emotional distress in the amount of $100,000.00.
4. Total. The total money judgment in favor of Plaintiff under paragraphs 1 through 3 is $157,407.33, computed as of October 13, 2026 (Exhibit A, Table 2), subject to the additional prejudgment interest per diem stated in paragraph 2 through the date this Judgment is entered. Plaintiff's attorney's fees recoverable under *Brandt v. Superior Court*, 37 Cal. 3d 813 (1985), and costs are not included in this Judgment and are reserved to the Court as stated above.
5. Post-judgment interest. Post-judgment interest shall accrue on the entire money judgment, including the policy benefits, prejudgment interest, mental suffering, and emotional distress damages, at the rate established by 28 U.S.C. § 1961 for the calendar week preceding the date of entry, from the date of entry until paid. Post-judgment interest on the attorney's fees and costs reserved above shall accrue from the date those amounts are awarded.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
Hon. Nathanael M. Cousins
Chief United States Magistrate Judge

Respectfully submitted,

DAWSON & ROSENTHAL, P.C. / HHJ TRIAL ATTORNEYS
By: /s/ Aaron Dawson

Aaron Dawson
Attorneys for Plaintiff Nupur Sahai, Ph.D.