Aaron Dawson (SBN: 283990)
DAWSON & ROSENTHAL, P.C.
421 W Broadway, Unit 380
San Diego, CA 92101
T: 928-282-3111
aaron@dawsonandrosenthal.com

Michael Hernandez (SBN: 292679)
HHJ TRIAL ATTORNEYS
2175 Salk Avenue, Suite 180
Carlsbad, CA 92008
T: 760-444-0301
F: 877-808-8348
mhernandez@hhjtrialattorneys.com

*Attorneys for Plaintiff*
*Nupur Sahai, Ph.D.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUPUR SAHAI, Ph.D., an individual,<br>Plaintiff,<br>vs.<br>LINCOLN FINANCIAL GROUP, INC.,<br>Defendant. | Case No.: 5:24-CV-07791-NC<br>**DECLARATION OF AARON DAWSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO MAINTAIN CERTAIN TRIAL EXHIBITS, DEPOSITION EXCERPTS, AND OTHER MATERIALS UNDER SEAL (Doc. 224)**<br>(Honorable Nathanael M. Cousins, Courtroom 5, 4th Floor)<br>Trial Date: September 21, 2026 |

I, Aaron Dawson, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an attorney with Dawson & Rosenthal, P.C., counsel of record

for Plaintiff Nupur Sahai, Ph.D. I submit this declaration in support of Plaintiff's Opposition to Defendant's Administrative Motion to Maintain Certain Trial Exhibits, Deposition Excerpts and Other Materials Under Seal (Doc. 224). I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently to them.

2. I was trial counsel for Plaintiff and was present throughout the jury trial of this matter, which began on September 21, 2026. My office obtained the official Reporter's Transcripts of the trial proceedings from the court reporter, Tiffany Salinas-Harwell, RPR, Certificate No. 971863, and I have reviewed them.

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the Reporter's Transcript of Proceedings, Volume 2 (September 22, 2026), consisting of the title and appearances pages, transcript pages 264, 270 and 274, and the Certificate of Reporter.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the Reporter's Transcript of Proceedings, Volume 4 (September 25, 2026), consisting of the title and appearances pages, transcript pages 599 through 602 and 614, and the Certificate of Reporter.

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the Reporter's Transcript of Proceedings, Volume 6 (September 29, 2026), consisting of the title and appearances pages, transcript pages 817 through 833, 854 through 855, 1014 through 1015, 1030 and 1034, and the Certificate of Reporter.

6. The transcript pages in Exhibits 1 through 3 are reproduced from the certified transcripts without alteration. The only material added is a cover sheet identifying each exhibit by number.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 15, 2026, at San Diego, California.

*<u>/s/ Aaron Dawson</u>*
Aaron Dawson