# EXHIBIT 1

Trial Transcript, Vol. 2 (September 22, 2026) (excerpts)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SAHAI, | ) | 5:24-CV-07791-NC |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| VS. | ) | SEPTEMBER 22, 2026 |
| LINCOLN FINANCIAL GROUP, INC., ET AL. | ) | VOLUME 2 |
| | ) | PAGES 126 - 339 |
| DEFENDANT. | ) | |

TRANSCRIPT OF CIVIL JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE NATHANAEL M. COUSINS
UNITED STATES CHIEF MAGISTRATE JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF: HEPURN, HERNANDEZ & JUNG
2175 SALK AVENUE, SUITE 180
CARLSBAD, CA 92008
**BY: MICHAEL PATRICK HERNANDEZ**

FOR THE DEFENDANT: MAYNARD NEXSEN PC
2121 AVENUE OF THE STARS, SUITE 650
LOS ANGELES, CA 90067
**BY: ROBERT EDWARD HESS**

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE.)

OFFICIAL COURT REPORTER: TIFFANY SALINAS-HARWELL, RPR
CERTIFICATE NUMBER 971863

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONTINUED.)

FOR THE PLAINTIFF: DAWSON & ROSENTHAL, PC
421 W. BROADWAY, UNIT 380
SAN DIEGO, CA 92101
**BY: AARON M. DAWSON**

FOR THE PLAINTIFF: DAWSON & ROSENTHAL, PC
421 W. BROADWAY, UNIT 380
SAN DIEGO, CA 92101
**BY: GARY TRAYLOR**

FOR THE DEFENDANT: MAYNARD NEXSEN PC
1901 6TH AVENUE NORTH, SUITE 1700
BIRMINGHAM, AL 35203
**BY: MICHAEL DOUGLAS MULVANEY**

FOR THE DEFENDANT: MAYNARD NEXSEN LLP
201 CALIFORNIA STREET, SUITE 400
SAN FRANCISCO, CA 94111
**BY: CHARAN M. HIGBEE**

ALSO PRESENT: **PAULA MCGEE, LINCOLN VP AND SENIOR COUNSEL**

**ERIC DUNBAR, TRIAL TECHNICIAN**

OF THESE NOTES THAT ARE PUT IN DIGITALLY, THAT NOTES LIKE THIS ONE, WHERE IT SAID SHE AGREED.

**MR. DAWSON:** OKAY. AND YOUR HONOR, I WOULD LIKE TO MOVE INTO EVIDENCE EXHIBIT 309, WHICH IS OBJECTED TO.

**THE COURT:** WELL, YOU JUST SHOWED EXHIBIT 66, SO LET'S STICK WITH THAT.

DO YOU WANT TO MOVE THAT ONE IN?

**MR. DAWSON:** PLEASE. THANK YOU.

**THE COURT:** LET'S DO THAT IN ORDER.

(JOINT EXHIBIT 66 WAS RECEIVED IN EVIDENCE.)

**MR. DAWSON:** AND I'D LIKE TO MOVE INTO EVIDENCE EXHIBIT 309.

**THE COURT:** JUST ONE MOMENT.

**MR. MULVANEY:** NO OBJECTION.

**THE COURT:** EXHIBIT 309 IS ADMITTED.

YOU MAY PROCEED.

(JOINT EXHIBIT 309 WAS RECEIVED IN EVIDENCE.)

**MR. DAWSON:** THANK YOU. GARY. IF YOU COULD PULL UP PAGE 2669 OR PAGE 10.

**Q.** MR. WELTY, HAVE YOU SEEN WHAT'S ON YOUR SCREEN BEFORE?

**A.** I HAVE.

**Q.** AND JUST BROADLY, CAN YOU ORIENT US WHAT WHAT IS THIS DOCUMENT OR TYPE OF DOCUMENT?

**A.** IT'S INTERNAL GUIDELINES REGARDING THE USE OF THE INTERNAL CONSULTING PHYSICIANS. WHAT YOU GO TO THEM FOR YOU CAN GET A

**A.** I BELIEVE WHY DID, YES.
**Q.** OKAY. IN YOUR 26 YEARS, DID YOU BECOME FAMILIAR WITH HOW INSURERS MEASURE THE PERFORMANCE OF THEIR CLAIM TIME LOSS.
**A.** YES.
**Q.** WHAT, IN YOUR OPINION, BROADLY, WHAT SHOULD NOT BE PART OF THAT MEASUREMENT?
**A.** ANYTHING THAT RELATES TO COMPANY PERFORMANCE OR FINANCIAL GOALS, AND VERY SPECIFICALLY, NOTHING THAT WOULD TARGET A CERTAIN RATE OF CLAIM CLOSURES OR DENIALS.
**MR. DAWSON:** I'D LIKE TO MOVE EXHIBIT 302 INTO EVIDENCE.
**MR. MULVANEY:** NO OBJECTION.
**THE COURT:** THEREFORE, EXHIBIT 302 IS ADMITTED.
(JOINT EXHIBIT 302 WAS RECEIVED IN EVIDENCE.)
**BY MR. DAWSON:**
**Q.** HAVE YOU SEEN THIS RECORD BEFORE?
**A.** I HAVE.
**Q.** WHAT IS IT?
**A.** IT IS GOALS AND METRICS AS PART OF THE EVALUATION PERFORMANCE?
**Q.** ALL RIGHT, AND THESE GOALS AND METRICS, WHO WHO WHO'S WHO CREATED THEM?
**A.** I'M JUST LOOKING AT THIS ONE. THAT WOULD BE THE COMPANY WOULD CREATE THOSE.
**Q.** OKAY, LINCOLN.

AND GARY, IF YOU COULD GO TWO MORE PAGES TO PAGE 5.

**Q.** ALL RIGHT, MR. WELTY, I'M SHOWING YOU THE 2023 VERSION OF THE SAME THING AGAIN. THESE ARE MANAGER GOALS. AND THE RETURN TO WORK METRIC IN THE MIDDLE OF THE PAGE.

DID THE RETURN TO WORK METRIC OF 35 PERCENT DID IT GROW? THE LAST BULLET.

**A.** OH, THE VERY LAST BULLET. YES, TO 40 PERCENT.

**Q.** OKAY, AND HOW FEASIBLE IS IT THAT A CLAIMS DEPARTMENT OR CLAIMS INDIVIDUAL CLAIMS HANDLER COULD GET 40 PERCENT OF THEIR CASES CLOSED FOR THIS REASON?

**A.** IT'S NOT VERY FEASIBLE AT ALL. I DON'T KNOW HOW THEY COULD DO IT.

**MR. DAWSON:** AND CAN YOU, GARY, PULL -- I'D LIKE TO MOVE EXHIBIT 306 INTO EVIDENCE.

**MR. MULVANEY:** NO OBJECTION.

**THE COURT:** I JUST DID HEAR YOU. NO OBJECTION?

**MR. MULVANEY:** NO, SIR.

**THE COURT:** 306 IS THEREFORE ADMITTED. YOU MAY PROCEED.

(JOINT EXHIBIT 306 WAS RECEIVED IN EVIDENCE.)

**MR. DAWSON:** THANK YOU.

**Q.** I'M SHOWING YOU THE 2022 PERFORMANCE ASSESSMENT FOR MICHELLE SANCHEZ. IS THAT THE CLAIMS HANDLER?

**A.** CORRECT, YES.

**MR. DAWSON:** OKAY. AND GARY, IF YOU COULD GO TO THE

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

TIFFANY SALINAS-HARWELL
CERTIFICATE NUMBER 971863

DATED: SEPTEMBER 22, 2026