ROBERT HESS (CA SBN 178042)
rhess@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone: 310.596.4500

MICHAEL MULVANEY (AL SBN 7296M67M)
mmulvaney@maynardnexsen.com
CHARAN M. HIGBEE (CA SBN 148293)
chigbee@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, CA 94111
Telephone: 415.646.4681

Attorneys for Defendant
The Lincoln National Life Insurance Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NUPUR SAHAI, Ph.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:24-cv-07791-NC<br><br>(Honorable Nathanael M. Cousins, Crtrm. 5, 4th Floor, San Jose Courthouse)<br><br>**NOTICE OF SETTLEMENT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS; JOINT STIPULATION VACATING HEARING AND WITHDRAWING MOTION AND BILL OF COSTS; [PROPOSED] ORDER**<br><br>Judgment Date: October 14, 2026 |

Plaintiff Nupur Sahai, Ph.D. ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") (the "Parties"), by and through their respective counsel of record, hereby give notice of the following and, as set forth in the Stipulation below, stipulate and respectfully request that the Court enter the order below.

**RECITALS**

1. On October 28, 2026, Plaintiff filed her Notice of Motion and Motion for Attorneys' Fees as Damages *Under Brandt v. Superior Court and for Taxable Costs* (ECF 232) ("Motion"), seeking $54,164.88 in attorneys' fees as damages under *Brandt v. Superior Court*, 37 Cal. 3d 813 (1985), and *Cassim v. Allstate Ins. Co.*, 33 Cal. 4th 780 (2004), and $62,726.81 in taxable costs, for a total of $116,891.69.

2. Plaintiff's Bill of Costs (ECF 233) was filed concurrently with the Motion.

3. The Motion is presently set for hearing on December 2, 2026, at 11:00 a.m., in Courtroom 5, 4th Floor, before the Hon. Nathanael M. Cousins.

4. The Parties have met and conferred and reached a settlement of Plaintiff's claims for attorneys' fees as damages under Brandt and for taxable costs, as asserted in the Motion (ECF 232) and the Bill of Costs (ECF 233).

5. The Parties have agreed to compromise and resolve the disputed attorneys' fees and costs sought in Plaintiff's Motion (ECF No. 232) and Plaintiff's Bill of Costs (ECF No. 233). Under the terms of that settlement, Lincoln will pay Plaintiff the total sum of $106,000.00, inclusive of all fees, costs, on the terms set forth in the Stipulation below.

6. This settlement resolves Plaintiff's claims for attorneys' fees as damages under *Brandt* and for taxable costs asserted in the Motion (ECF 232) and the Bill of Costs (ECF 233), as measured against the Judgment entered October 14, 2026 (ECF 229). It does not affect, modify, waive, or release any other term of that Judgment, including without limitation the compensatory damages, prejudgment interest, and post-judgment interest awarded therein, and does not affect, waive, or release either party's rights with respect to any appeal of the Judgment.

7. Plaintiff's position is that nothing in this settlement waives, releases, or limits Plaintiff's right to seek additional attorneys' fees as damages under *Brandt*, or additional taxable

costs, including fees and costs incurred in or attributable to any appeal, cross-appeal, retrial, or further proceedings in this action, in the event Plaintiff obtains a more favorable judgment or recovery as a result of such proceedings. This settlement is limited to, and fully and finally resolves, Plaintiff's claims for fees and costs as measured against the Judgment as entered on October 14, 2026. Lincoln reserves all rights, objections, and defenses with respect to any such further request, and does not agree, concede, or acknowledge that Plaintiff is or would be entitled to any additional fees or costs.

**STIPULATION**

NOW THEREFORE, the Parties stipulate and jointly request that the Court:

a. Vacate the December 2, 2026 hearing on Plaintiff's Motion for Attorneys' Fees as Damages Under *Brandt v. Superior Court and for Taxable Costs* (ECF 232);

b. Deem the Motion (ECF 232) and Plaintiff's Bill of Costs (ECF 233) WITHDRAWN, with each side to bear its own fees and costs incurred in connection with the Motion and Bill of Costs beyond the settlement amount described above; and

c. Take no further action on the Motion or the Bill of Costs.

The Parties further stipulate and agree that: (i) Lincoln shall deliver the Settlement Payment to Plaintiff's counsel within 30 days after entry of the Court's order on this Stipulation; (ii) the Settlement Payment is a compromise of disputed claims and is not an admission by Lincoln that Plaintiff is entitled to any fees or costs, or that any amount claimed was reasonable or recoverable; (iii) this settlement and the withdrawal of the Motion and Bill of Costs fully and finally resolve Plaintiff's claims for attorneys' fees as damages under *Brandt* and for taxable costs reflected in the Motion and Bill of Costs (ECF 232; ECF 233), as measured against the Judgment entered October 14, 2026 (ECF 229); and (iv) if Plaintiff later seeks any further attorneys' fees or costs in this action, Lincoln shall be entitled to a credit for the full amount of the Settlement Payment. The parties' respective positions with respect to any further request for attorneys' fees or costs are as set forth in Paragraph 7 of the Notice of Settlement above.

**IT IS SO STIPULATED.**

DATED: November 11, 2026

HHJ TRIAL ATTORNEYS
DAWSON & ROSENTHAL, P.C.

By: */s/ Michael Hernandez*
Michael Hernandez
Erika Pichardo-ley

Aaron Dawson
Alexandra Dawson

Attorneys for Plaintiff
NUPUR SAHAI, PH.D.

DATED: November 11, 2026

MAYNARD NEXSEN LLP

By: /s/ *Robert Hess*
ROBERT HESS
Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

***Filer's Attestation:***

*Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that each of the other Signatories have concurred in the filing of this document.*

DATED: November 11, 2026

MAYNARD NEXSEN LLP

By: /s/ *Robert Hess*
ROBERT HESS

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

The hearing on Plaintiff's Notice of Motion and Motion for Attorneys' Fees as Damages Under Brandt v. Superior Court and for Taxable Costs (ECF 232), set for December 2, 2026, at 11:00 a.m., is VACATED.

Plaintiff's Motion (ECF 232) and Plaintiff's Bill of Costs (ECF 233) are deemed WITHDRAWN. Each side shall bear its own fees and costs incurred in connection with the Motion and the Bill of Costs beyond the settlement amount described in the parties' Joint Stipulation.

The Clerk shall take no further action on the Motion (ECF 232) or the Bill of Costs (ECF 233).

IT IS SO ORDERED.

Dated: ______________________

______________________
Hon. Nathanael M. Cousins,
Chief Magistrate Judge