Michael Hernandez (SBN: 292679)
HHJ TRIAL ATTORNEYS
2175 Salk Avenue, Suite 180
Carlsbad, CA 92008
T: 760-444-0301
mhernandez@hhjtrialattorneys.com

Aaron Dawson (SBN: 283990)
Alexandra Dawson (SBN: 307004)
DAWSON & ROSENTHAL, P.C.
421 W Broadway, Unit 380
San Diego, CA 92101
T: 928-282-3111
aaron@dawsonandrosenthal.com
adawson@dawsonandrosenthal.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUPUR SAHAI, Ph.D., an individual,<br><br>Plaintiff,<br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana Corporation,<br><br>Defendant. | Case No.: 5:24-CV-07791-NC<br><br>**NOTICE OF APPEAL**<br><br>Judge: Honorable Nathanael M. Cousins<br><br>Removed: November 7, 2024 |

NOTICE IS HEREBY GIVEN that Plaintiff Nupur Sahai hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on October 14, 2026 (ECF 229), and from each and every part thereof, including all orders, rulings, findings, and decisions that are merged into, subsumed within, or made appealable by that judgment.

Date: November 13, 2026

DAWSON & ROSENTHAL, P.C.

*/s/ Aaron Dawson*
Aaron Dawson
Alexandra Dawson

HHJ TRIAL ATTORNEYS
Michael Hernandez
*Attorneys for Plaintiff*
*Nupur Sahai*

Michael Hernandez (SBN: 292679)
HHJ TRIAL ATTORNEYS
2175 Salk Avenue, Suite 180
Carlsbad, CA 92008
T: 760-444-0301
F: 877-808-8348
mhernandez@hhjtrialattorneys.com

Aaron Dawson (SBN: 283990)
Alexandra Dawson (SBN: 307004)
DAWSON & ROSENTHAL, P.C.
421 W Broadway, Unit 380
San Diego, CA 92101
T: 928-282-3111
aaron@dawsonandrosenthal.com
adawson@dawsonandrosenthal.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NUPUR SAHAI, Ph.D., an individual,

Plaintiff,

vs.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana Corporation,

Defendant.

Case No.: 5:24-CV-07791-NC

**REPRESENTATION STATEMENT**

Judge: Honorable Nathanael M. Cousins

Removed: November 7, 2024

Pursuant to Rule 3-2(b) of the Rules of the United States Court of Appeals for the Ninth Circuit and Federal Rule of Appellate Procedure 12(b), Plaintiff-Appellant Nupur Sahai submits the following Representation Statement. The persons and entities listed below are the parties to this action, together with the names, law firms, addresses, telephone numbers, and email addresses of their respective counsel of record.

**Plaintiff-Appellant**
Nupur Sahai, Ph.D.

*Represented by:*
Michael Hernandez (SBN: 292679)
HHJ TRIAL ATTORNEYS
2175 Salk Avenue, Suite 180,
Carlsbad, CA 92008
T: 760-444-0301
mhernandez@hhjtrialattorneys.com

Aaron Dawson (SBN: 283990)
Alexandra Dawson (SBN: 307004)
DAWSON & ROSENTHAL, P.C.
421 W Broadway, Unit 380,
San Diego, CA 92101
T: 928-282-3111
aaron@dawsonandrosenthal.com
adawson@dawsonandrosenthal.com

**Defendant-Appellee**
The Lincoln National Life Insurance Company

*Represented by:*
Robert Hess (CA SBN 178042)
Byrne J. Decker (CA SBN 337052)
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650,
Los Angeles, CA 90067
T: 310-596-4500
rhess@maynardnexsen.com;
bdecker@maynardnexsen.com

Michael Mulvaney (ASB-7296-M67M)
1901 Sixth Avenue North, Suite 1700,
Birmingham, AL 35203
T:205-254-1076
mmulvaney@maynardnexsen.com;
MAYNARD NEXSEN LLP

Charan M. Higbee (CA SBN 148293)
MAYNARD NEXSEN LLP
201 California Street, Suite 400,
San Francisco, CA 94111
T: 415-646-4681
chigbee@maynardnexsen.com

Date: November 13, 2026

DAWSON & ROSENTHAL, P.C.

/s/ *Aaron Dawson*
Aaron Dawson

HHJ TRIAL ATTORNEYS
Michael Hernandez
*Attorneys for Plaintiff*
*Nupur Sahai*