United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NUPUR SAHAI,

Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

Case No. 24-cv-07791-NC

**ORDER TO FILE EXHIBITS 302, 306, AND 309 PUBLICLY**

Re: ECF 231

Lincoln moved to file Exhibits 302, 306, and 309 under seal, which the Court previously denied. ECF 224, 231. The Court ORDERS Lincoln to, by November 20, 2026, publicly refile Exhibits 302, 306, and 309.

**IT IS SO ORDERED.**

Dated: November 13, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge